1  PETER A. STROTZ, Bar No. 129904
     pstrotz@filicebrown.com
2  **FILICE BROWN EASSA & MCLEOD LLP**
   1999 Harrison Street, Suite 1800
3  Oakland, California  94612-3520
   Telephone:    510.444.3131
4  Facsimile:    510.839.7940

5  Attorneys for Defendants
   ASTRAZENECA LP and
6  ASTRAZENECA PHARMACEUTICALS LP

7

8                    UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

| | |
|---|---|
| CAROLYN HARRISON, et al., | Case No. 3:09-cv-04151-JSW |
| Plaintiffs, | |
| v. | [PROPOSED] ORDER GRANTING MOTION TO STAY OF ALL PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT LITIGATION |
| ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP, MCKESSON CORPORATION, | |
| Defendants. | |

Having considered the parties Motion for Administrative Relief, Continuing Staying of All Proceedings Reconsideration of Pending Multidistrict Litigation Transfer, PURSUANT TO STIPULATION, IT IS SO ORDERED.  All pretrial proceedings, including Case Management deadlines and the deadline for filing responsive pleadings, are hereby STAYED pending a final transfer decision by the Judicial Panel on Multidistrict Litigation.  Defendants will file any responsive pleadings, including responses to the Complaint, with the appropriate Court within 20 days of the issuance of the final transfer order or the lifting of the stay, whichever occurs first.

Signed this  23  day of  February         , 2010 at San Francisco, California.

_____
Judge of the United States District Court